

# Fourth Court of Appeals
## San Antonio, Texas

January 14, 2015

No. 04-14-00545-CR

George Rene **VIDAL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR9523
Honorable Maria Teresa Herr, Judge Presiding

# O R D E R

The motion to withdraw as counsel is deemed MOOT.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court